■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIEZER COLON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Ontario County Court, Purple, Jr., J.—criminal sale of controlled substance, second degree.) Present—Dillon, P. J., Doerr, Pine, Lawton and Davis, JJ.